**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-1600**

─────────────

ROGER AZANGUE TSAFAH,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

─────────────

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A76-919-174)

─────────────

Submitted:  January 13, 2006          Decided:  January 31, 2006

─────────────

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Patrick G. Tzeuton, Silver Spring, Maryland, for Petitioner.
Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez
Wright, Assistant Director, Kristin K. Edison, Office of
Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roger Azangue Tsafah, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying a motion to reopen. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Tsafah, No. A76-919-174 (B.I.A. May 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -